Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–34790–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  William J. Smith
  PO Box 231
  Bay Head, NJ 08742

Social Security No.:
  xxx–xx–1185

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on February 20, 2025, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 152 – 143
Order Granting Application For Payment of Unclaimed Funds (Related Doc # 143). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/20/2025. (wiq)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 20, 2025
JAN: wiq

                                                                                                       Jeanne Naughton
                                                                                                       Clerk